Jamal **MITCHELL**, Plaintiff—
Appellant,

v.

Vincent B. **LISSI**, individually, and in
his official capacity as an agent or
employee of the Federal Bureau of
Investigations; John C. Bevington, in-
dividually, and in his official capacity
as an agent or employee of the Feder-
al Bureau of Investigations, Defen-
dants—Appellees.

No. 04–7565.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 15, 2005.

Jamal Mitchell, Appellant pro se. Pat-
rick Bernard Kernan, Office of the United
States Attorney, Alexandria, Virginia, for
Appellees.

Before WILKINSON, MICHAEL, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Jamal Mitchell appeals the district
court's order granting summary judgment
to Defendants in his action under *Bivens v.
Six Unknown Named Agents of Fed. Bu-
reau of Narcotics,* 403 U.S. 388, 91 S.Ct.
1999, 29 L.Ed.2d 619 (1971). We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See
Mitchell v. Lissi,* No. CA–03–1190–1
(E.D.Va. Aug. 30, 2004). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*